

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-12-00738-CV

**IN RE** Richard **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                    Phylis J. Speedlin, Justice
                    Steven C. Hilbig, Justice

Delivered and Filed:  December 5, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On November 1, 2012, Relator Richard Rodriguez filed a petition for writ of mandamus. On November 19, 2012, the real party in interest filed a response.  After review of the appellate record, the petition, and the response, this court has determined that Relator Rodriguez is not entitled to the relief sought.  The petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.3; 52.7; 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 11-04-00096-CVK, styled *Richard Rodriguez v. Camino Agave, Inc.*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.